BIA
A073 556 822/823

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand twenty-five.

Present:
      Beth Robinson,
           *Circuit Judge*.

Md Mahmudur Rahim, Tasnina Rahim,

        *Petitioners*,

    v.                                          11-4505, 21-6441

Pamela Bondi, United States Attorney General,

        *Respondent*.

Petitioners move for a stay of removal in connection with their petitions for review of decisions of the Board of Immigration Appeals. Respondent has informed the Court that, absent a stay, it will not forbear from removal after April 24, 2025. Upon due consideration, it is hereby ORDERED that a temporary stay of removal is GRANTED pending review of the motions by a three-judge panel. Whether to grant a stay is "an exercise of judicial discretion" that is "dependent upon the circumstances of the particular case," and requires consideration of the relevant factors, including, most critically, the likelihood of success on the merits and irreparable harm to a petitioner absent a stay. *Nken v. Holder*, 556 U.S. 418, 433–36 (2009) (quoting *Virginian Ry. Co. v. United States*, 272 U.S. 658, 672–73 (1926)).

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court

